# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| James Kenneth Mills, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner | ) | 1:12-cv-00139-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 17, 2013 Order.

January 17, 2013

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court